Matter of Attorneys in Violation of Judiciary Law § 468-a (Nolan) (2025 NY Slip Op 05283)

Matter of Attorneys in Violation of Judiciary Law § 468-a (Nolan)

2025 NY Slip Op 05283

Decided on October 2, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 2, 2025

PM-217-25
[*1]In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Committee on Professional Standards, Now Known as Attorney Grievance Committee for the Third Judicial Department, Petitioner; Michael Kevin Nolan, Respondent. (Attorney Registration No. 2772846.)

Calendar Date:September 8, 2025

Before:Clark, J.P., Ceresia, Fisher, McShan and Powers, JJ., concur. 

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for petitioner.
Michael Kevin Nolan, Saddle River, New Jersey, respondent pro se.

Motion by respondent for an order reinstating him to the practice of law following his suspension by January 2014 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1045 [3d Dept 2014]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to July 23, 2025, the September 5, 2025 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, the supplemental affidavits with exhibit sworn to September 10, 2025 and the September 12, 2025 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined that respondent has not demonstrated, by clear and convincing evidence, his compliance with the rules of this Court (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a], Rules of App Div, 3d Dept [22 NYCRR] § 806.16 [c] [5]), it is ordered that respondent's motion for reinstatement is denied.
ORDERED that respondent's motion for reinstatement is denied.
Clark, J.P., Ceresia, Fisher, McShan and Powers, JJ., concur.